**Electronically Filed
Supreme Court
SCWC-22-0000365
24-OCT-2022
02:33 PM
Dkt. 11 ODAC**

SCWC-22-0000365

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE
CERTIFICATEHOLDERS CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-
BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AHL3,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

PHYLLIS KEHAULANI DUNCAN CHUN,
Petitioner/Defendant/Counterclaim Plaintiff-Appellant,

and

ARROW FINANCIAL SERVICES, LLC,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000365; CASE NO. 1CC141002192)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Souza, in place of Eddins, J., recused)

Petitioner/Defendant/Counterclaim Plaintiff-Appellant
Phyllis Kehaulani Duncan Chun's application for writ of
certiorari, filed on September 27, 2022, is hereby rejected.

DATED: Honolulu, Hawai'i, October 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Kevin A. Souza

